IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO.: 5:08-cr- 23-0C-10 ·GRJ
18 U.S.C. § 241
18 U.S.C. § 242

ERIN SHARMA

## INDICTMENT

The Grand Jury charges that:

### INTRODUCTION

1.     At all material times herein, the Federal Correctional Complex - Coleman (FCC-Coleman) was a federal correctional complex in Coleman, Sumter County, Florida, in the Middle District of Florida.  FCC-Coleman consisted of several components, including United States Penitentiary-1 (USP-1) that detained inmates serving sentences pursuant to convictions for federal crimes.

2.     At all material times herein, the Segregated Housing Unit (SHU) of USP-1 was a controlled subsection of USP-1 that detained inmates who could not be permitted to reside in the general population of USP-1 for administrative or disciplinary reasons.

3.     At all material times herein, the defendant

### ERIN SHARMA

was a corrections officer employed by the Federal Bureau of Prisons at FCC-Coleman. Her responsibilities encompassed the supervision of inmates assigned to the SHU at USP-1.

4.    At all material times in this indictment, Richard Delano was an inmate serving a sentence at FCC-Coleman, housed at USP-1 in the SHU.

5.    At all material times in this indictment, John McCullah was an inmate serving a sentence at FCC-Coleman, housed at USP-1 in the SHU.

## COUNT ONE

6.    The allegations contained in paragraphs 1 through 5 of this Indictment are hereby realleged and incorporated herein by reference.

## A. The Conspiracy

7.    Beginning on or about February 28, 2005, and continuing through in or about March 2005, in the Middle District of Florida,

### ERIN SHARMA

the defendant herein, along with persons known and unknown to the Grand Jury, while acting under color of law, did willfully combine, conspire, confederate and agree to injure, oppress, threaten and intimidate Richard Delano, a convicted federal prison inmate, in the free exercise and enjoyment of the rights and privileges secured to him by the Constitution and laws of the United States, namely, the right to be free from cruel and unusual punishment.  Death resulted to Delano from the acts committed in this violation.

## B. Manner and Means

8.    It was part of the plan and purpose of this conspiracy that defendant **ERIN SHARMA**, along with a person known to the Grand Jury, took steps to move

2

Delano to the cell of McCullah in the SHU of USP-1, FCC-Coleman, in order to facilitate an assault upon Delano by McCullah.

9.    It was part of the plan and purpose of this conspiracy for defendant **ERIN SHARMA** to encourage McCullah to assault Delano at a time when defendant **ERIN SHARMA** was not present at FCC-Coleman.

## C. Overt Acts

10.    In furtherance of this conspiracy and to accomplish its plans and purposes, the conspirators, while acting under color of law, did commit the following overt acts, among others, from on or about February 28, 2005, through in or about March 2005, in the Middle District of Florida:

(a).    On or about February 28, 2005, defendant **ERIN SHARMA** and a co-conspirator known to the Grand Jury discussed and agreed to retaliate against Delano in response to Delano's February 23, 2005, assault upon defendant **ERIN SHARMA**.

(b).    On or about February 28, 2005, defendant **ERIN SHARMA** and a co-conspirator known to the Grand Jury sought and obtained permission from the supervising officer in the SHU of USP-1, FCC-Coleman, to move Delano to the cell of McCullah.

(c).    On or about February 28, 2005, defendant **ERIN SHARMA** and a co-conspirator known to the Grand Jury misrepresented the facts surrounding this move to the supervising officer in the SHU of USP-1, FCC-Coleman, to ensure that he would approve the move.

(d).    On or about February 28, 2005, defendant **ERIN SHARMA** encouraged

3

McCullah to assault Delano when defendant **ERIN SHARMA** was not present at FCC-Coleman.

    (e).    On or about March 1, 2005, a co-conspirator known to the Grand Jury moved Delano to McCullah's cell in the SHU of USP-1, FCC-Coleman.

    (f).    On or about March 4, 2005, McCullah assaulted Delano. As a result of injuries sustained during this assault, Delano entered a coma. Delano died as a result of the injuries he sustained from this assault on or about March 17, 2005.

    All in violation of Title 18, United States Code, Section 241.

## COUNT TWO

    11.    The allegations contained in paragraphs 1 through 5 of this Indictment are hereby realleged and incorporated herein by reference.

    12.    On or about February 28, 2005, through in or about March 2005, in the Middle District of Florida,

### ERIN SHARMA

the defendant herein, along with persons known and unknown to the Grand Jury, aiding and abetting one another, while acting under color of law, arranged for the move of Richard Delano into the cell of John McCullah, aware that McCullah would assault and physically harm Delano, and thereby willfully deprived Delano of the right, preserved and protected by the Constitution of the United States, not to be subjected to cruel and unusual punishment. Bodily injury and death to Delano resulted from the acts that defendant **ERIN SHARMA** committed in this violation.

4

All in violation of Title 18, United States Code, Sections 242 and 2.

A TRUE BILL

Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _Carolyn J. Adams_
Carolyn J. Adams
Assistant United States Attorney

GRACE CHUNG BECKER
Acting Assistant Attorney General
Civil Rights Division

By: _____
C. Douglas Kern
Trial Attorney, Criminal Section
U.S. Department of Justice, Civil Rights Division
Washington, D.C. 20530

By: _____
Gerard Hogan
Senior Litigation Counsel, Criminal Section
U.S. Department of Justice, Civil Rights Division
Washington, D.C. 20530

FORM OBD-34
APR 1991                    No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Ocala Division

## THE UNITED STATES OF AMERICA

vs.

## ERIN SHARMA

### INDICTMENT

Violations:

18 U.S.C. § 241
18 U.S.C. § 242

A true bill,

_____
Foreperson

Filed in open court this 27th day

of March, A.D. 2008.

_____
Clerk

Bail   $ _____

GPO 863 525

N:\_Criminal Cases\c\Civil Rights Coleman, _2007R00096_CJA\Indictment Package.wpd                     Revised 05/03/2007