UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                                                              CASE NO. 6:09-CR-1-ORL-19GRJ

ERIN SHARMA

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 67, filed December 31, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 67) is **ADOPTED AND AFFIRMED.** Defendant's Motion to Suppress Statements (Doc. No. 47, filed September 29, 2008) is **DENIED.**

**DONE AND ORDERED** at Orlando, Florida, this  21st  day of January, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant