## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA,**   CASE NO.: 6:09-CR-0001-ORL-PCF-10GRJ
**v.**
**ERIN SHARMA,**
_____/

### MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, the Defendants counsel and hereby files this Honorable Court to enter an order allowing defense counsel to withdraw, and alleges:

1. That undersigned counsel was appointed to represent the Defendant in this matter pursuant to the criminal justice act.

2. That counsel provided legal services for the Defendant throughout her trial.

3. That the Defendant has hired a new attorney to represent her at sentencing and on appeal.

WHEREFORE, the Defendant moves this Honorable Court to enter an order allowing defense counsel to withdraw from this matter.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 23, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Assistant United States Attorney, further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

/s/ J. Jeffery Dowdy, Esquire
_____
J. JEFFERY DOWDY, ESQUIRE
DOWDY & NIELSEN, P.A.
720 West State Road 434
Winter Springs, Florida 32708
(407)327-5865 [FAX(407)327-0384]
Attorney for Defendant
Florida Bar No.: 0793360

Case 6:09-cr-00001-PCF-GRJ    Document 189    Filed 09/23/2009    Page 2 of 2