# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                                 Case No.  6:09-cr-1-Orl-19GRJ

**ERIN SHARMA**

_____

AUSA: C. Douglas Kern
Defense Atty.: William Mallory Kent

| JUDGE | **Patricia C. Fawsett**<br>United States District Judge | DATE AND TIME | October 26, 2009<br>1:37 - 3:45PM |
|---|---|---|---|
| DEPUTY CLERK | Sherri Cohen | COURT REPORTER | Diane Peede |
| INTERPRETER | none | PROB: | David Salce |

## CLERK'S MINUTES
### Sentencing

Case called; appearances taken.
Court announced defendant was found guilty as to Count 1 and 2 of the Indictment.
Court inquired whether the defendant and counsel reviewed the PSR.
Court inquired regarding character letters received by the Court; Court to place in PSR.
Court inquired with the Government regarding the June 2007 memo (3rd interview) with Mr. Raby
    and Ms. Sharma; Counsel advised the court it was not a part of the record.
Court inquired regarding the Government's objection to Paragraph 22 of the PSR; Court overruled the
    objection of the Government; Government announced objection for the record.
Court sustained objection as to obstruction; Defense announced objection for the record.
Defense presented objections as to paragraphs 4, 21, 5-16; Court overruled objections.
Defense presented argument regarding manslaughter.
Government presented argument regarding second degree murder; Defense responded.
Court overruled the objection and applied 2nd degree murder analysis for the base level; Defense
    counsel renewed objections for the record.
Defense presented further objections; Government responded.
Court overruled objection to paragraph 25 and applied vulnerable victim enhancement.
Court adopts the factual statements in the PSR; As to controverted facts, the Court adopts the facts
    found in the addendum to the PSR, except as noted on PSR and ruled on in this proceeding.
Victim's brother, Michael James Delano, made statement.
Defendant elected not to make a statement.
3:16PM -Defense Witness #1, Mary Ellen Siemers, was sworn and testified.

3:21PM -Defense Witness #2, Rajesh Sharma, was sworn and testified.
Defense counsel presented argument.
Government presented argument.

SENTENCE
Imprisonment- Life
Supervised Release- 3 years
Mandatory drug testing- waived

SPECIAL CONDITIONS
Cooperate in collection of DNA.
Fine- waived
Community Service- 75 hours, in lieu of fine.
Special Assessment- $200.00, due immediately

Defendant remanded to the custody of the U.S. Marshal
Clerk directed to attach the sentencing statement to the Judgment and Commitment order.
Government and Defense had no further objections to the sentence.
Acknowledgment of right to appeal filed in open court.
Court advised Defense counsel that it does not make recommendations.
Court recessed at 3:45PM.