# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA,

vs.                                                          CASE NO: 6:09-cr-1-PCF-10GRJ

ERIN SHARMA,
    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that ERIN SHARMA, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the *Judgment* [Doc. 211] filed in this matter on November 10, 2009.

    Respectfully submitted,

THE LAW OFFICE OF
WILLIAM MALLORY KENT

s/William Mallory Kent
WILLIAM MALLORY KENT
Florida Bar No. 0260738
1932 Perry Place
Jacksonville, Florida 32207
(904) 398-8000 Telephone
(904) 348-3124 Facsimile
kent@williamkent.com
ATTORNEY FOR SHARMA

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2009 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Bruce S. Ambrose  
bruce.ambrose@usdoj.gov

C. Douglas Kern  
doug.kern@usdoj.gov

Carolyn J. Adams  
carolyn.adams@usdoj.gov

Gerard V. Hogan  
Gerard.V.Hogan@usdoj.gov

and to all other counsel of record who are registered with the CM/ECF system.

s/William Mallory Kent  
William Mallory Kent