UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

vs.                                                                                                CASE NO: 6:09-cr-1

ERIN SHARMA,
    Defendant/Appellant
_____/

**DEFENDANT SHARMA'S MOTION TO PROCEED**
***IN FORMA PAUPERIS* ON APPEAL**

COMES NOW the Defendant-Appellant, ERIN SHARMA, by and through the undersigned counsel, and moves this Honorable Court for an order allowing Appellant Sharma to proceed *in forma pauperis* in the direct appeal of her judgment and sentence as to the costs associated with the appeal, including but not limited too, the appeal filing fee and the transcripts necessary for the appeal. In support of said motion the Defendant-Appellant states as follows:

Defendant-Appellant Erin Sharma is currently incarcerated.

Counsel has forwarded to Sharma an **Application to Proceed Without Prepayment of Fees and Affidavit** to fill out, sign and return to the office for filing with the court in support of this motion.

Appellant Sharma is without the funds to pay the filing fee and for the transcripts deemed necessary for the appeal.

WHEREFORE, Defendant-Appellant Erin Sharma respectfully requests that this Honorable Court grant this motion to proceed *in forma pauperis* on appeal as to the costs associated with the appeal, including but not limited too, the appeal filing fee and the transcripts deemed necessary for the appeal, as she is unable to pay such costs.

    Respectfully submitted,

    THE LAW OFFICE OF
    WILLIAM MALLORY KENT


    **s/William Mallory Kent**
    WILLIAM MALLORY KENT
    Florida Bar No. 0260738
    1932 Perry Place
    Jacksonville, Florida 32207
    (904) 398-8000 Telephone
    (904) 348-3124 Facsimile
    kent@williamkent.com
    ATTORNEY FOR SHARMA

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2009 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Bruce S. Ambrose<br>bruce.ambrose@usdoj.gov | C. Douglas Kern<br>doug.kern@usdoj.gov |
| Carolyn J. Adams<br>carolyn.adams@usdoj.gov | Gerard V. Hogan<br>Gerard.V.Hogan@usdoj.gov |

and to all other counsel of record who are registered with the CM/ECF system.

                                                  s/William Mallory Kent
                                                  William Mallory Kent