IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 09 2009
THOMAS K. KAHN
CLERK

No. 09-13143-GG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS DIAZ,
a.k.a. Chiquilo,

Defendant-Appellant.

Appeal from the United States District Court for the
Middle District of Florida

ORDER:

Luis Diaz moves for appointment of counsel in his appeal from the district court's denial of his motion for a reduction in sentence, filed pursuant to 18 U.S.C. § 3582(c)(2). There is no constitutional or statutory right to counsel in § 3582(c)(2) proceedings. *United States v. Webb*, 565 F.3d 789, 794-95 (11th Cir. 2009). Rather, this Court may appoint counsel to a person seeking collateral relief who is financially eligible only if it determines that the interests of justice so require. *See* 18 U.S.C. § 3006A(a)(2); *Schultz v. Wainwright*, 701 F.2d 900, 901 (11th Cir. 1983) (counsel must be appointed "only when the interests of justice or due process so require").

In his motion for appointment of counsel, Diaz argues that his primary language is Spanish, and he is not knowledgeable about procedural rules and the appeals process. However, the facts and issues in this case are not novel or complex, and Diaz demonstrated in the district court that he was capable of articulating his claims for relief and accurately citing to the relevant law. Accordingly, Diaz's motion for appointment of counsel is DENIED.

Diaz's motion for leave to proceed on appeal *in forma pauperis* is DENIED as unnecessary.

_____
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

FILED

2009 DEC -7 PM 2:47

For rules and forms visit
www.ca11.uscourts.gov

December 03, 2009

Luis Diaz (18154-018)
USP Coleman
PO BOX 1033
COLEMAN FL 33521-1033

**Appeal Number: 09-13143-GG**
Case Style: USA v. Luis Diaz
District Court Number: 95-00208 CR-ORL-19-JGG ()

The following action has been taken in the referenced case:

   The enclosed order has been ENTERED.

Appellant's brief is due 40 days from the date of the enclosed order.


   Sincerely,

   THOMAS K. KAHN, Clerk

   Reply To: Tonya Richardson/JKS (404) 335-6176

MOT-2 (10-2009)

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

## PART I.    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk within 10 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __United States__ vs __Erin Sharma__

District Court No.: __6:09-cr-1__   Date Notice of Appeal Filed: __11/13/09__   Court of Appeals No.: __09-15844-F__ *(If Available)*

CHOOSE ONE:  ☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) on file
☒ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☒ Sentence | 10/26/09 | Judge Fawsett | Diane Peede |
| ☐ Other | | | |

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☒ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: __William Mallory Kent__
Name of Firm: __Law Office of William Mallory Kent__
Street Address/P.O. Box: __1932 Perry Place__
City/State/Zip Code: __Jacksonville, FL 32207__   Phone No.: __904-398-8000__

*I certify that I have filed the original (Yellow page) with the District Court Clerk, sent the Pink and Green pages to the appropriate Court Reporter(s) if ordering a transcript, and sent a photocopy to the Court of Appeals Clerk and to all parties.*

DATE: __12/4/09__   SIGNED: __Wm M Kent__   Attorney for: __Sharma__

## PART II.    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file Pink page with the District Court Clerk within 10 days of receipt. The Court Reporter shall send a photocopy to the Court of Appeals Clerk and to all parties, and retain the Green page to provide notification when transcript filed.*

Date Transcript Order received: _____

☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____

DATE: _____   SIGNED: _____   Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file Green page with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a photocopy of the completed Green page to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____   Signature of Court Reporter: _____