UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                              Case No.   6:09-cr-1-Orl-19GRJ

ERIN SHARMA
_____/

**ORDER**

Pending before the Court is Defendant Sharma's Motion to Proceed *In Forma Pauperis* On Appeal. (Doc. 215.) In support of the motion the Defendant has filed separately an "Application To Proceed Without Prepayment of Fees And Affidavit" and a transaction detail of her prisoner account. (Doc. 224.). On November 13, 2009 the Defendant filed a Notice of Appeal to the Eleventh Circuit Court of Appeals. (Doc. 212.) The Defendant now requests permission to proceed with her appeal *in forma pauperis*. The supporting documents filed by Defendant establish her indigent status.

Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides in relevant part that : "A party who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless ... the district court ... certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis ..." The Court previously determined that the Defendant was without sufficient resources within the meaning of 18 U.S.C. § 3006A to employ counsel to represent her during the District Court proceedings and based upon the Defendant's current status as indigent the Defendant may proceed with her appeal *in forma pauperis* without seeking further

permission from this Court. Accordingly, the Defendant's Motion To Proceed On Appeal *In Forma Pauperis* (Doc. 215) is **GRANTED**.

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on January 7, 2010.

Copies to:
    All Counsel

GARY R. JONES
United States Magistrate Judge